[No. 6911–1. Division One. July 23, 1979.]

*In the Matter of the Marriage of* GEORGE R.
OSBORN, JR., *Respondent, and* JOAN
BESS OSBORN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. D–93072, Herbert M. Stephens, J., entered
August 30, 1978. *Affirmed* by unpublished opinion per
James, J., concurred in by Swanson, A.C.J., and Ringold, J.

[No. 7206–45472–1. Division One. July 23, 1979.]

CHARLES A. WEISER, *Appellant, v.* DONALD
H. CROUCH, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 824882, James J. Dore, J., entered April 10,
1978. *Affirmed* by unpublished opinion per James, J., con-
curred in by Williams and Andersen, JJ.

[No. 7207–1. Division One. July 23, 1979.]

*In the Matter of the Marriage of* ELMER
TIMMONS, *Respondent, and* WENDY
TIMMONS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. D–104340, Frank J. Eberharter, J., entered
December 29, 1978. *Affirmed* by unpublished opinion per
James, J., concurred in by Williams and Dore, JJ.

[No. 3306–2. Division Two. July 24, 1979.]

THE STATE OF WASHINGTON, *Respondent, v.* NEIL
CALVIN HERMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 51888, James V. Ramsdell, J., entered Sep-
tember 28, 1977. *Affirmed* by unpublished opinion per
Soule, J., concurred in by Reed, A.C.J., and Petrie, J.